| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

SAMANTHA BLANTON and RUTH PECK, §
*on behalf of themselves and others similarly* §
*situated*, §
§
        Plaintiffs, §
§
*versus* §    CIVIL ACTION NO. 1:18-CV-73
§
BRENT WALTERS and CLAYBURN §
CORPORATION *d/b/a The Walters Agency*, §
§
        Defendants. §

## ORDER

In accordance with the court's findings in its settlement hearing, held on June 22, 2018, and after consideration of the parties' settlement agreement, the parties' Joint Motion for Confidential Approval of Settlement Agreement and Dismissal with Prejudice (#37) is GRANTED.  It is therefore ORDERED that:

    1.    All of the Plaintiffs' claims are dismissed with prejudice;

    2.    The settlement agreement will remain sealed; and

    3.    Each party will bear its own attorney's fees and costs occurred in this matter.

THIS IS A FINAL JUDGMENT.

 SIGNED at Beaumont, Texas, this 22nd day of June, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE